UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-                                    ORDER

                                             02 CR 778 (S-3) (SJ)

RICHARD JAMES and RONALD MALLAY,

　　　　　　　　　Defendants.
----------------------------------------------------------X

Upon the application of Ephraim Savitt, and with consent of Richard Jasper, counsel for the above named defendants, and upon the proceedings previously herein, it is apparent that defendants James and Mallay are financially unable to pay the expenses of retaining the services of an investigator and interpreter to travel to Guyana for investigative and mitigation services, and said services are absolutely necessary to the adequate defense of the defendants in this capital matter, it is hereby,

ORDERED, pursuant to 18 U.S.C. 3006(A), that Gerard Gardner and John Roy, PhD, who are appointed by the Court as investigator and interpreter/linguistic expert for the defendants by previous Orders, are authorized to travel to Republic of Guyana to conduct investigative services and witness interviews. As such, they will be compensated for time and expenses reasonably incurred as stated in previous Orders of appointment. Appointees will travel from approximately July 7 through 14, 2005 and are further authorized to use National Travel Services to facilitate transportation in this matter.

DATED:    Brooklyn, New York
　　　　　　June 17, 2005

　　　　　　　　　　　　　　　　　　　　S/SJ
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE STERLING JOHNSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE